UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KIM CARPENTER,

        Plaintiff,

v.

CIGNA GROUP INSURANCE COMPANY, et al.,

        Defendants.

_____/

Case No. 1:11-cv-179

HONORABLE PAUL L. MALONEY


## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendants CIGNA Group Insurance Company and Life Insurance Company of North America have not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendants CIGNA Group Insurance Company and Life Insurance Company of North America shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date: March 22, 2011

    /s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge